ROBERT CHRAPPA v. RIVERSIDE HOSPITAL.

January 8, 1976. Motion for leave to appeal is granted.

STATE OF NEW JERSEY v. PRESTON MILLIGAN.

September 16, 1975. Petition for certification granted.